No. 95–1556 (A–825). CALIFORRNIAA v. CLINTON, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied. Certiorari before judgment denied.

No. 95–1566. CRANE VESSEL TITAN 5, IN REM AND ITS CLAIMANT, FAR EASTERN MARINE EXPLORATION DRILLING CO. v. ENTRON, LTD., ET AL. C. A. 5th Cir. Motions of Chernomorneftegaz and Maritime Law Association of the United States for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 95–7782. LEWIS v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 8th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.